Martin B. Bloomer, appellant,

*v.*

Charles N. Fowler et al., respondents.

[Submitted December 6th, 1915.   Decided March 6th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell.

*Mr. Abe J. David,* for the appellant.

*Messrs. Codding & Oliver,* for the respondents.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—The Chief-Justice, Garrison, Swayze, Trenchard, Parker, Bergen, Minturn, Kalisch, Black, White, Terhune, Heppenheimer, Williams, Taylor—14.

*For reversal*—None.